# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 13, 2017

MEMO TO COUNSEL RE:  Elias Darraj and Samer Darraj v. Kathleen Dusza
Civil No. JFM-16-3397

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiffs' motion for leave to file second amended complaint and defendant's motion to dismiss the first amended complaint.

Plaintiffs' motion for leave to file second amended complaint (document 26) is granted.  I am satisfied that the motion is timely and that defendant is not prejudiced by its filing.

Defendant's motion to dismiss the first amended complaint (document 23) is denied as moot.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 APR 14  AM 11: 15
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY